1  BRIAN D. CHASE, ESQ. (SBN 164109)
   bchase@bisnarchase.com
2  TOM G. ANTUNOVICH, ESQ. (SBN 305216)
3  tantunovich@bisnarchase.com
   **BISNAR | CHASE LLP**
4  1301 Dove Street, Suite 120
5  Newport Beach, California 92660
   Telephone: (949) 752-2999/Facsimile: (949) 752-2777
6  Attorneys for Plaintiff
7  **CHRISTINA PEÑALOZA**

8  Marie B. Maurice, Esq. (SBN 258069)
9  mmaurice@imwlaw.com
   Byron M. Purcell, Esq. (SBN 176410)
10 bpurcell@imwlaw.com
11 Michelle Zhang, Esq. (SBN 348359)
   mzhang@imwlaw.com
12 IVIE McNEILL WYATT PURCELL & DIGGS
13 A Professional Law Corporation
   444 S. Flower Street, Suite 1800
14 Los Angeles, California 90071
15 Telephone: (213) 489-0028/Facsimile: (213) 489-0552
   Attorneys for Defendant,
16 **HOME DEPOT U.S.A., INC.**

17

18              **UNITED STATES DISTRICT COURT**
19              **CENTRAL DISTRICT OF CALIFORNIA**

20

21 | CHRISTINA PEÑALOZA, | CASE NO.: 8:22-cv-02214-JWH-ADS |
22 |                     |                                 |
23 |    Plaintiff,       |                                 |
   |                     | **NOTICE OF SETTLEMENT OF**     |
24 | v.                  | **ENTIRE CASE**                 |
25 |                     |                                 |
26 | HOME DEPOT U.S.A., INC., and DOES 1 through 20, | |
27 |                     |                                 |
   |    Defendants.      |                                 |
28

_____
NOTICE OF SETTLEMENT -1

**TO THE HONORABLE COURT:**

Notice is hereby given that all claims against all parties in this action have been resolved. Any trials or other hearings in this matter may be taken off calendar. The parties intend to file a dismissal within 60 days of this notice.

DATED: August 31, 2023            **BISNAR | CHASE LLP**

By: /s/TOM G. ANTUNOVICH
**BRIAN D. CHASE, ESQ.**
**TOM G. ANTUNOVICH, ESQ**
Attorneys for Plaintiff
**CHRISTINA PEÑALOZA**

DATED: August 31, 2023            **IVIE McNEILL WYATT PURCELL & DIGGS**

By: /S/ MARIE MAURICE
**MARIE B. MAURICE, ESQ.**
**BYRON M. PURCELL, ESQ.**
**MICHELLE ZHANG, ESQ.**
Attorneys for Defendant
**HOME DEPOT U.S.A., INC.**