BRIAN D. CHASE, ESQ. (SBN 164109)
bchase@bisnarchase.com
TOM G. ANTUNOVICH, ESQ. (SBN 305216)
tantunovich@bisnarchase.com
**BISNAR | CHASE LLP**
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: (949) 752-2999/Facsimile: (949) 752-2777
Attorneys for Plaintiff
**CHRISTINA PEÑALOZA**

Marie B. Maurice, Esq. (SBN 258069)
mmaurice@imwlaw.com
Byron M. Purcell, Esq. (SBN 176410)
bpurcell@imwlaw.com
Michelle Zhang, Esq. (SBN 348359)
mzhang@imwlaw.com
IVIE McNEILL WYATT PURCELL & DIGGS
A Professional Law Corporation
444 S. Flower Street, Suite 1800
Los Angeles, California 90071
Telephone: (213) 489-0028/Facsimile: (213) 489-0552
Attorneys for Defendant,
**HOME DEPOT U.S.A., INC.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA PEÑALOZA,<br><br>         Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., and<br>DOES 1 through 20,<br><br>         Defendants. | CASE NO.: 8:22-cv-02214-JWH-ADS<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

1

**TO THE HONORABLE COURT:**

2

The parties stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that

3

the Court dismiss the entire action with prejudice, each side to bear its own fees and

4

costs.

5

DATED: October 23, 2023          **BISNAR | CHASE LLP**

6

7

By:  /s/TOM G. ANTUNOVICH

8

**BRIAN D. CHASE, ESQ.**

9

**TOM G. ANTUNOVICH, ESQ**
Attorneys for Plaintiff

10

**CHRISTINA PEÑALOZA**

11

12

13

DATED: October 23, 2023          **IVIE McNEILL WYATT**
**PURCELL & DIGGS**

14

15

By:  /S/ MARIE MAURICE

16

**MARIE B. MAURICE, ESQ.**
**BYRON M. PURCELL, ESQ.**

17

**MICHELLE ZHANG, ESQ.**
Attorneys for Defendant

18

**HOME DEPOT U.S.A., INC.**

19

20

21

22

23

24

25

26

27

28